UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 17-8330-PSG (RAOx) | Date | January 10, 2018 |
|---|---|---|---|
| Title | Andres Gomez v. Asian Taste Connection et al | | |

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE

On December 8, 2017, an Order to Show Cause Re: Lack of Prosecution ("OSC") was issued. The Order included a deadline of December 22 to file certain documents, or a written response to the Order. As of today, no documents have been filed. Accordingly, the case is dismissed.

Initials of Preparer    wh